ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> QUANTUM MECHANICAL CONTRACTORS, ) <br> INC., a California corporation ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  C 05 4168 JCS <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

     IT IS ORDERED that the Case Management Conference in this case set for February 17, 20065 be continued to May 19, 2006 at 1:30 p.m. in Courtroom No. A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: __February 10, 2006__     _____
                                            Honorable Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE