# CASWELL BELL & HILLISON LLP
## ATTORNEYS AT LAW

G. THOMAS CASWELL, JR.
JAMES M. BELL*
ROBERT K. HILLISON
RANDOLF KRBECHEK
HAGOP T. BEDOYAN**
RUSSELL G. VANROZEBOOM
DAVID A ROBERTS
BRIAN K. CUTTONE
PAUL C. FRANCO
JONETTE M. MONTGOMERY

Of Counsel
IMA JEAN HARVEY

5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CALIFORNIA 93704-2225

TELEPHONE 559.225.6550
FACSIMILE 559.225.7912
www.caswellbell.com

CERTIFIED SPECIALIST
CALIFORNIA BOARD OF LEGAL SPECIALIZATION
*TAXATION LAW
**BANKRUPTCY LAW

May 12, 2006

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
16th Floor, Room 1111
San Francisco, CA 94102

    Re:    *Board of Trustees of the Sheet Metal Workers, et al. v. Quantum Mechanical Contractors, Inc.*, Case No. C 05 4168 JCS

Dear Judge Spero:

    I represent Quantum Chemical Contractors, Inc., in the above-referenced matter, and there is a Case Management Conference scheduled for Friday, May 19, 2006, at 1:30 p.m. in your courtroom. This letter is to formally request permission to appear at the conference telephonically for the following reasons:

    1.     Quantum Mechanical Contractors, Inc., is planning will file a bankruptcy protection on Wednesday May 17, 2006, in the Eastern District of California, Fresno Division, placing a stay, pursuant to 11 U.S.C. § 362; and

    2.     The U. S. District Courthouse is over 180 miles from my office in Fresno, California, requiring approximately 7.0 hours of travel time round trip. It is my desire to avoid the expense to my client for approximately a full day to travel to San Francisco, appear in court for the conference, and my return to Fresno, at this time.

    I do agree to be available by telephone at (559) 225-6550, ext. 39, from 1:30 p.m. until 5:00 p.m. for the court's convenience in contacting me.

    Thank you for your consideration of the above.

                                  Respectfully submitted,

                                  Brian K. Cuttone

BKC/slp        Dated: May 15, 2006



IT IS SO ORDERED
Judge Joseph C. Spero