```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> QUANTUM MECHANICAL CONTRACTORS, INC., etc., <br><br> Defendants. | NO. C 05 4168 JCS <br><br><br><br> STIPULATION FOR DISMISSAL; ORDER |

The defendant in this case having filed bankruptcy and an automatic stay being in place,

IT IS STIPULATED that this action be dismissed without prejudice.

Dated: May 18, 2006        ERSKINE & TULLEY

                           By: _____
                               Michael J. Carroll
                               Attorneys for Plaintiffs

Dated: May __, 2006        CASEWELL BELL & HILLISON LLP

                           By: _____
                               Brian K. Cuttone
                               Attorney for Defendants

STIPULATION FOR DISMISSAL; ORDER

1

O R D E R

It is so ordered.

Dated: May 19, 2006

_____
Magistrate Judge Joseph C. Spero